UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHRISTOPHER DAVID KROHE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZANDRA STEINHARDT,<br><br>　　　　Defendant. | Case No. 17-cv-03151-LB<br><br>**ORDER OF TRANSFER** |

Christopher David Krohe, an inmate at Mule Creek State Prison in Amador County, filed this civil action against Zandra Steinhardt, who resides in Fresno, California. Mr. Krohe consented to proceed before a magistrate judge. (ECF No. 8.)[1]

In his complaint, Mr. Krohe alleges that Ms. Steinhardt has failed to retain counsel for him. (ECF No. 1 at 5; *see* ECF No. 10 at 1.) His complaint contains allegations that appear to be efforts to explain why his federal habeas petition was not filed before the expiration of the habeas statute of limitations period. (A slightly more detailed description of his dispute with Ms. Steinhardt and his federal habeas action may be found in the order of transfer in *Krohe v. Steinhardt*, N. D. Cal.

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint cites are to the ECF-generated page numbers at the top of the documents.

ORDER – No. 17-cv-03151-LB

Case No. 17-3296 LB.)

The events and omissions giving rise to the complaint occurred in Fresno County or Amador County, both of which are located within the venue of the Eastern District of California. The defendant resides in Fresno County, which is located within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District of California. Venue is proper in the Eastern District, and not in the Northern District. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter. All pending motions will be decided in the Eastern District of California.

**IT IS SO ORDERED.**

Dated: June 29, 2017

_____
LAUREL BEELER
United States Magistrate Judge