1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CHRISTOPHER DAVID KROHE, | No. 1:17-cv-00878-DAD-MJS |
| 12          Plaintiff, | |
| 13     v. | ORDER RELATING AND REASSIGNING CASES |
| 14  ZANDRA STEINHARDT, | |
| 15          Defendant. | |
| 16 | |
| 17  CHRISTOPHER D. KROHE, | No. 1:17-cv-00881-DAD-EPG |
| 18          Plaintiff, | |
| 19     v. | |
| 20  ZANDRA K. STEINHARDT, | |
| 21          Defendant. | |
| 22  CHRISTOPHER D. KROHE, | No. 1:17-cv-00885-LJO-SKO |
| 23          Plaintiff, | |
| 24     v. | |
| 25  ZANDRA K. STEINHARDT, | |
| 26          Defendant. | |
| 27 | |
| 28 | |

|  |  |
|---|---|
| CHRISTOPHER D. KROHE,<br><br>            Plaintiff,<br><br>     v.<br><br>ZANDRA STEINHARDT,<br><br>            Defendant. | No.  1:17-cv-00889-DAD-SKO |

Review of the court record in above-referenced actions reveals that they are related to each other under Local Rule 123.  These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, the currently assigned district and magistrate judges have not engaged each of the respective actions in any substantial way.  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Michael J. Seng will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the above-referenced actions are to be reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Michael J. Seng.

Accordingly, all documents filed in the above-referenced actions shall now bear the following case numbers:

**1:17-cv-00878-DAD-MJS**

**1:17-cv-00881-DAD-MJS**

**1:17-cv-00885-DAD-MJS**

**1:17-cv-00889-DAD-MJS**

IT IS SO ORDERED.

Dated:   **July 11, 2017**                                    _____

UNITED STATES DISTRICT JUDGE