1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  CHRISTOPHER DAVID KROHE,          CASE NO. 1:17-cv-00878-DAD-MJS

10           Plaintiff,              **ORDER DENYING MOTION**

11      v.                           **(ECF NO. 18)**

12  ZANDRA STEINHARDT,

13           Defendant.

14

15

16

17

18          Plaintiff Christopher David Krohe is a state prisoner proceeding pro se and in

19  forma pauperis in this civil action against Zandra Steinhardt. On August 1, 2017, the

20  undersigned issued findings and recommendations to consolidate several cases filed by

21  Plaintiff with the instant case, and to dismiss the action for lack of jurisdiction. (ECF No.

22  16.) On August 21, 2017, Plaintiff filed objections. (ECF No. 17.) The findings and

23  recommendation remain pending before the District Judge.

24          Also on August 21, 2017, Plaintiff filed a motion requesting that the Court notify

25  the Attorney General and the Ninth Circuit Court of Appeals of his objections because

26  they also relate to his appeal of a separate matter. (ECF No. 18.)

27

28

Plaintiff's motion is HEREBY DENIED. The Attorney General is not a party to this suit and the matter has not been appealed. If Plaintiff wishes to present his arguments to the Ninth Circuit, he must file a brief in his pending appeal, and he may serve that brief on the Attorney General. Such action does not require, nor warrant, intervention from this Court.

IT IS SO ORDERED.

Dated:   September 5, 2017          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE