1

2

3

4

5

6

7

8

9                UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12   CHRISTOPHER DAVID KROHE,         Case No. 1:17-cv-00878-DAD-MJS (PC)

13            Plaintiff,              **ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

14         v.

15   ZANDRA STEINHARDT,             **(ECF No. 23)**

16           Defendant.

17

18

19

20

21        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

22 action against Zandra Steinhardt. On September 29, 2017, the action was dismissed for

23 lack of jurisdiction. (ECF No. 20.) Plaintiff appealed. (ECF No. 22.) Before the Court is

Plaintiff's motion to proceed in forma pauperis on appeal. (ECF No. 23.)

24        Plaintiff was granted in forma pauperis status in the district court. (ECF No. 15.)

25 That status continues without prior approval unless the district court certifies the appeal

26 is not taken in good faith or otherwise finds the party is not entitled to so proceed. Fed.

27 R. App. P. 24(a)(3).

28

As neither of those events has occurred, Plaintiff's in forma pauperis status continues automatically. His motion to proceed in forma pauperis is therefore HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   November 6, 2017          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE